125 So.2d 526

**Tommy H. COBB**

v.

**STATE.**

**7 Div. 522.**

Supreme Court of Alabama.

Dec. 22, 1960.

R. A. Norred, Anniston, for petitioner.

MacDonald Gallion, Atty. Gen., and Jerry L. Coe, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Tommy H. Cobb for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Cobb v. State, 125 So.2d 522.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.

125 So.2d 729

**Marion Edward DANIEL**

v.

**John Will HODGES et al.**

**5 Div. 736.**

Supreme Court of Alabama.

Dec. 22, 1960.

Hooton & Hooton, Roanoke, for petitioners.

Lewis H. Hamner, Jr., Roanoke, opposed.

GOODWYN, Justice.

Petition of John Will Hodges and another for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Daniel v. Hodges et al., 125 So.2d 726.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.

127 So.2d 632

**William FILLMAN**

v.

**STATE.**

**1 Div. 964.**

Supreme Court of Alabama.

March 2, 1961.

MacDonald Gallion, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., for petitioner.

Wilters & Brantley, Bay Minette, opposed.

COLEMAN, Justice.

Petition of the State, on the relation of its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Fillman v. State, 127 So.2d 628.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.